# Court of Appeals
# of the State of Georgia

ATLANTA, February 06, 2023

*The Court of Appeals hereby passes the following order:*

## A23D0233. IN RE SOPHORNIA MARY PRYOR.

In this adult guardianship and conservatorship proceeding, Jampa K. Pryor, son of the proposed ward, filed this discretionary application from the probate court's "final order" appointing Zylpha Pryor Bell as guardian, and the county conservator as conservator. Under OCGA § 15-9-123 (a), a party to a civil case in the probate court shall have the right of appeal to an appellate court without first seeking review in superior court. OCGA § 15-9-120 (2) defines a "probate court" as a probate court in a county, such as DeKalb, with a population of 90,000 or more. Thus, the probate court's order is directly appealable, and no application was required.

We will grant an otherwise timely application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Pryor shall have ten days from the date of this order to file a notice of appeal in the probate court. If he has already filed a notice of appeal, he need not file a second notice. The clerk of the probate court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/06/2023

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*